UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD ROACH,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

No. 3:18-CV-05305-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THE COURT has reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 3), objections to the Report and Recommendation, if any, and the remaining record. The Court HEREBY ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. 3).

(2) Petitioner's federal habeas Petition is dismissed without prejudice as a second or successive petition.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 18th day of May, 2018.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1